IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT F. COCKERILL and CHRISTOPHER WILLIAM NEWTON,** individually and as representatives on behalf of a class of similarly situated persons,<br><br>    v.<br><br>**CORTEVA, INC.; DUPONT SPECIALITY PRODUCTS USA, LLC; DUPONT DE NEMOURS, INC.; E.I. DU PONT DE NEMOURS AND COMPANY; THE PENSION AND RETIREMENT PLAN; THE ADMINISTRATIVE COMMITTEE** | **CIVIL ACTION**<br><br>**NO. 21-3966** |

## ORDER

**AND NOW** this 4th day of August, 2022, for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss the Complaint is **DENIED**. Defendants shall answer the Complaint within fourteen (14) days. A Rule 16 conference will be noticed for September 13, 2022 at 10:30 a.m.

**BY THIS COURT:**

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 21\21-3966 Cockerill et al v. Corteva, Inc\21cv3966 order denying mtd.docx