IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT F. COCKERILL et al.,** *Plaintiffs,* v. **CORTEVA, INC. et al.,** *Defendants.* | **CIVIL ACTION** **NO. 21-3966** |

## ORDER

**AND NOW**, this 1st day of September 2023, upon consideration of Defendants' Motion for Reconsideration (ECF No. 109) and Motion to Dismiss the Second Amended Complaint (ECF No. 110), and all submissions related thereto, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that both motions are **DENIED**.

BY THIS COURT:

/s/ MICHAEL M. BAYLSON
_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**