IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ROBERT F. COCKERILL et al.,<br>*Plaintiffs,*<br><br>v.<br><br>CORTEVA, INC. et al.,<br>*Defendants.* | CIVIL ACTION<br><br>NO. 21-3966 |
|---|---|

## ORDER

**AND NOW**, this 17th day of November, 2023, the Court **ORDERS**:

1. Two classes will be certified for the following counts.

    a. **Early Retirement Class**: All Plan participants who were less than age 50, with at least 15 years of service under Title I of the Plan as of May 31, 2019, and were employed by Historical DuPont or any other participating employer of Title I of the Plan, and who continued to be employed, post spin-off, by New DuPont or one of its subsidiaries that did not participate in Title I of the Plan until they reached age 50, and beneficiaries or estates of such participants.

        i. Plaintiff Cockerill will serve as class representative.

        ii. The Court **DENIES** Plaintiff Newton's request to serve as class representative.

        iii. This class is certified for Counts I, IV, and V.

        iv. This class is certified under Rule 23(b)(1) and Rule 23(b)(2)

    b. **Optional Retirement Class**: All Plan participants who were over age 50, with at least 15 years of service under Title I of the Plan as of May 31, 2019, and who were employed by Historical DuPont or any other

participating employer of Title I of the Plan, and who continued to be employed, post spin-off, by New DuPont or one of its subsidiaries that did not participate in Title I of the Plan, and the beneficiaries or estates of such participants. The class does not include anyone who received or was eligible for unreduced Early Retirement Benefits at the time of the spin-off. The class does not include anyone whose Early Retirement Benefits, at spin-off or through present, would be equal to, or greater than their Optional Retirement Benefit.

   i. Plaintiffs Major and Benson will serve as representatives.
   ii. This class is certified for Counts II, IV, V, and VI.
   iii. This class is certified under Rule 23(b)(1) and Rule 23(b)(2)

2. Certification notice will be sent to class members pursuant to Rule 23(c)(2)(A) and 23(d)(1)(B).

3. Counsel must meet and confer and submit either a joint or individual Notice Proposal(s) within **fourteen (14) days** of this Order. The Notice Proposal shall include:

   a. Contents of the notice.
   b. Method(s) of notice distribution.
   c. Timing of notice distribution.
   d. Cost allocation of notice between parties.

**BY THIS COURT:**

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 21\21-3966 Cockerill et al v. Corteva, Inc\21cv3966 Order Re Amended Motion to Certify Class.docx