IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT F. COCKERILL et al.,** *Plaintiffs,* v. **CORTEVA, INC. et al.,** *Defendants.* | **CIVIL ACTION** **NO. 21-3966** |

## ORDER

**AND NOW**, this 6th day of December, 2023, the Court **ORDERS**:

1. The attached notice is the final court approved notice in this action.

2. The notice must be sent out by December 18, 2023 unless Defendants file their anticipated petition for interlocutory appeal by December 14, 2023.

3. If Defendants file a petition for interlocutory appeal by December 14, 2023, the Court will postpone sending the attached notice until any appellate matters regarding class certification are resolved by the Third Circuit. Plaintiff shall respond to the petition by December 30, 2023.

BY THIS COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 21\21-3966 Cockerill et al v. Corteva, Inc\21cv3966 Order for Notice.docx