**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ROBERT F. COCKERILL et al.,**<br>*Plaintiffs,*<br><br>     **v.**<br><br>**CORTEVA, INC. et al.,**<br>*Defendants* | **CIVIL ACTION**<br><br>**NO. 21-3966** |

## ORDER

**AND NOW**, this 17th day of June, 2024, this Court will **GRANT in part, DENY in part**, Defendants' Motion for Summary Judgment, **GRANT** Plaintiffs' Motion to Bifurcate, and **DENY** Defendants' Motion to Decertify.

The foregoing Memorandum identifies a number of genuine issues of material fact that require this Court to **DENY** Defendants' Motion for Summary, except as to Count VII. This Court has previously issued a Scheduling Order for the trial of this case, which shall proceed on June 25, as specified in that Order. ECF 217. Additionally, this Court will **BIFURCATE** any remedy for damages from liability, with any issues relating to damages bifurcated for subsequent proceedings in the event Plaintiffs succeed at the liability stage.

Further, if this Court's Conclusions of Fact and Law are in favor of Plaintiffs, this Court will appoint Judge Reuter as Special Master to issue a Report and Recommendation for how to best proceed in the damages stage.

**BY THE COURT:**

     **s/ Michael M. Baylson**
     **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 21\21-3966 Cockerill et al v. Corteva, Inc\21cv3966 Order re Summary Judgment, Bifurcation, and Decertification.docx