**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROBERT F. COCKERILL, CHRISTOPHER WILLIAM NEWTON, OLIVER MAJOR, and DARRELL D. BENSON, SR., individually and as representatives on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>    v.<br><br>CORTEVA, INC.; DUPONT SPECIALTY PRODUCTS USA, LLC; DUPONT DE NEMOURS, INC.; E.I. DU PONT DE NEMOURS AND COMPANY; THE PENSION AND RETIREMENT PLAN; and THE BENEFIT PLANS ADMINISTRATIVE COMMITTEE,<br><br>Defendants. | Case No. 2:21-cv-03966-MMB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO CHRISTOPHER W. NEWTON** |

Pursuant to Local Rule 41.1(b), Plaintiff Christopher W. Newton and Defendants Corteva, Inc., E.I. DuPont de Nemours and Company,[1] DuPont de Nemours, Inc., DuPont Specialty Products USA, LLC, the Pension and Retirement Plan and the Benefit Plans Administrative Committee ("Administrative Committee") (collectively, "Defendants"), hereby stipulate to Plaintiff Newton's voluntary dismissal of all claims against Defendants in the above-captioned matter, with prejudice and without costs.

Dated:  June 24, 2024

Respectfully submitted,

**KANTOR & KANTOR, LLP**

*/s/ Susan L. Meter*
Susan L. Meter (*pro hac vice*)
Elizabeth Hopkins (*pro hac vice*)
Jaclyn Conover (ID No. 312449)
9301 Corbin Ave., Suite 1400
Northridge, CA 91324
smeter@kantorlaw.net
ehopkins@kantorlaw.net
jconover@kantorlaw.net

Edward S. Stone (pro hac vice)
EDWARD STONE LAW, P.C.
175 West Putnam Ave., 2nd Floor
Greenwich, CT 06830
eddie@edwardstonelaw.com

Daniel M. Feinberg, Esq. (pro hac vice)
Todd Jackson (pro hac vice)
Nina Wasow (pro hac vice)
FEINBERG, JACKSON, WORTHMAN & WASOW LLP
2030 Addison St., Suite 500
Berkeley, CA 94704
dan@feinberjackson.com
nina@feinbergjackson.com

Attorneys for Plaintiffs

**HOLLAND & KNIGHT LLP**

/s/ *Cory A. Thomas*
Cory A. Thomas (I.D. No. 308807)
Nipun J. Patel (I.D. No. 208130)
One Liberty Place
1650 Market St., Suite 3300
Philadelphia, PA 19103
Cory.Thomas@hklaw.com
Nipun.Patel@hklaw.com

Todd D. Wozniak (*pro hac vice*)
1180 West Peachtree Street N.W., Ste. 1800
Atlanta, GA 30309
Todd.Wozniak@hklaw.com

Kayla Pragid (*pro hac vice*)
777 S. Flagler St., 1900W
West Palm Beach, FL 33401
Kayla.Pragid@hklaw.com

Andrew W. Balthazor, Esq. (*pro hac vice*)
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Andrew.balthazor@hklaw.com

Attorneys for Defendants

So Ordered.

 _/s/ Michael M. Baylson_____
 Hon. Michael M. Baylson,    J.
 07-02-2024

---

[1] E.I. DuPont de Nemours and Company is now known as EIDP, Inc.

1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2024, a true and correct copy of **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO CHRISTOPHER W. NEWTON** was filed using the Court's CM/ECF system, and thereby served copies of same on counsel for all parties of record registered with the ECF system.

| | |
|---|---|
| Cory A. Thomas, Esq.<br>Nipun J. Patel, Esq.<br>Holland & Knight LLP<br>One Liberty Place<br>1650 Market Street, Suite 3300<br>Philadelphia, PA 19103<br>Cory.thomas@hklaw.com<br>Nipun.patel@hklaw.com<br><br>*Attorneys for Defendants* | Todd D. Wozniak, Esq. (*pro hac vice*)<br>Holland & Knight LLP<br>1180 West Peachtree Street N.W., Suite 1800<br>Atlanta, GA 30309<br>Todd.wozniak@hklaw.com<br><br>*Attorneys for Defendants* |
| Kayla L. Pragid, Esq. (*pro hac vice*)<br>Holland & Knight LLP<br>777 S. Flagler Dr., Suite 1900 W<br>West Palm Beach, FL 33401<br>Kayla.Pragid@hklaw.com<br><br>*Attorneys for Defendants* | Andrew W. Balthazor, Esq. (*pro hac vice*)<br>Holland & Knight LLP<br>701 Brickell Avenue, Suite 3300<br>Miami, FL 33131<br>Andrew.balthazor@hklaw.com<br><br>*Attorneys for Defendants* |

*/s/ Susan L. Meter*
Susan L. Meter

2