IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT F. COCKERILL et al., <br> Plaintiffs, <br><br> v. <br><br> CORTEVA, INC. et al., <br> Defendants. | : CIVIL ACTION <br> : <br> : NO. 21-3966 <br> : <br> : <br> : <br> : <br> : |

**AFFIDAVIT OF RICHARD L. BAZELON**
**TENDERED PURSUANT TO FED. R. CIV. P. 53**

Commonwealth of Pennsylvania    )
                                ) ss
County of Philadelphia          )

Richard L. Bazelon, being first duty sworn according to law, states as follows:

1. I am an attorney at law duly licensed to practice law in the Commonwealth of Pennsylvania and the State of New Jersey. My bar admissions include:

    Pennsylvania

    New Jersey

    The United States District Court for the Eastern District of Pennsylvania;

    The United States District Court for the Middle District of Pennsylvania;

    The United States District Court for the District of New Jersey;

    The United States Court of Appeals for the Third Circuit;

    The United States Court of Appeals for the Fourth Circuit; and

    The Supreme Court of the United States

2. I am a shareholder in the law firm of Bazelon Less & Feldman, P.C.

3. I have familiarized myself with the parties, attorneys, claims, and issues involved in the above-captioned case.

4. I attest and affirm that I know of no grounds for disqualification of a judge under

28 U.S.C. § 455 that would prevent me from serving as a Special Master in this case.

_____
Richard L. Bazelon

Sworn to before me and
subscribed in my presence
this _18th_ day of December, 2024

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Jacqueline J. Rosso, Notary Public
Philadelphia County
My commission expires May 20, 2026
Commission number 1283669
Member, Pennsylvania Association of Notaries