**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ROBERT F. COCKERILL et al.,** <br> *Plaintiffs,* <br><br>      **v.** <br><br> **CORTEVA, INC. et al.,** <br> *Defendants* | **CIVIL ACTION** <br><br> **NO. 21-3966** |

<u>**ORDER FOLLOWING NON-JURY TRIAL**</u>

**AND NOW** this 18th day of December, 2024, it is hereby **ORDERED** as follows:

For the reasons stated in the foregoing Findings of Fact and Conclusions of Law Regarding Liability, the Court having already found against Plaintiffs as to Count I and in favor of Plaintiffs as to Count II, now finds in favor of Plaintiffs on Counts IV and VI and against Plaintiffs on Count V. Pursuant to Federal Rule of Civil Procedure 53, the Court appoints Richard L. Bazelon, Esq. as a Master pursuant to the memorandum filed this same date. The Court overrules objections by Plaintiffs and Defendants on this appointment.

**IT IS FURTHER ORDERED** that the Clerk of Court shall add Richard L. Bazelon, Esq. to the docket in this matter as Special Master with the following contact information:

Richard L. Bazelon, Esquire (Special Master)
Bazelon Less Feldman, PC
123 South Broad Street, Suite 1850
Philadelphia, PA 19109
Main Office: 215.609.3141
Cell Phone: 215-806-9192
Email: rbazelon@bazless.com

         **BY THE COURT:**

         **/s/ Michael M. Baylson**
         _____
         **MICHAEL M. BAYLSON**
         **United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 21\21-3966 Cockerill et al v. Corteva, Inc\21cv3966 Order on FOF COL.docx