# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| **ROBERT F. COCKERILL et al.,** *Plaintiffs,*  v.  **CORTEVA, INC. et al.,** *Defendants.* | **CIVIL ACTION**  NO. 21-3966 |
|---|---|

## ORDER

**AND NOW** this 19th day of December, 2024, for the reasons stated in the foregoing Memorandum, the Objections to Appointment of Special Master by Defendant (ECF 315) and Plaintiffs (ECF 316) are hereby **DENIED**. The Order appointing Richard Bazelon, Esquire as Special Master was filed on December 18, 2024 at ECF 319.

It is **FURTHER ORDERED** that the schedule set out in the foregoing Memorandum shall be adhered to unless good cause as shown, as further explained in the Memorandum.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 21\21-3966 Cockerill et al v. Corteva, Inc\21cv3966 order re special master memorandum.docx