IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ROBERT F. COCKERILL et al., *Plaintiffs,*  v.  CORTEVA, INC. et al., *Defendants.* | CIVIL ACTION  NO. 21-3966 |
|---|---|

**ORDER RE: "EMERGENCY" MOTION TO STAY TECHNICAL ADVISOR AND SPECIAL MASTER APPOINTMENTS**

**AND NOW,** this 18th day of March, 2025, it is hereby **ORDERED** that Defendants' Emergency Motion to Stay Technical Advisor and Special Master Appointments ("Motion"), ECF 340, is **DENIED**.

BY THE COURT:

s/ Michael M. Baylson
**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 21\21-3966 Cockerill et al v. Corteva, Inc\21vc3966 Order on Emergency Mot..docx