# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT F. COCKERILL et al.,** *Plaintiffs,*  v.  **CORTEVA, INC. et al.,** *Defendants.* | **CIVIL ACTION**  NO. 21-3966 |

### ORDER RE: RETROACTIVE BENFITS AND DEFENDANTS' MOTIONS

**AND NOW** this 21st day of April, 2025, it is hereby **ORDERED** as follows:

1. Defendants Motion to Dismiss (ECF 346) is **DENIED;**

2. The Court will permit Optional Retirement Class Members to elect retroactive benefits under Count II for the reasons detailed in the forgoing memorandum;

3. Defendants' Motion to Sever the Claims of Christopher William Newton (ECF 168) is **DENIED as moot**;

4. The Report and Recommendation from Magistrate Judge Thomas J. Rueter on discovery (ECF 198), which is being considered as an open motion on the docket, is **DENIED as moot**.

BY THE COURT:

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 21\21-3966 Cockerill et al v. Corteva, Inc\21-3966 Order on mot. to dismis and decertify, retroactivity.docx