IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ROBERT F. COCKERILL et al., *Plaintiffs,* v. CORTEVA, INC. et al., *Defendants.* | CIVIL ACTION NO. 21-3966 |
|---|---|

### ORDER RE: AWARD OF ATTORNEY'S FEES

**AND NOW** this 27th day of May 2025, pursuant to the foregoing Memorandum of Law, it is hereby **ORDERED** that Plaintiffs' Motion for Attorney Fees and Costs, ECF 386, is **GRANTED in part and DENIED in part.**

1. Defendants shall pay to Plaintiffs' counsel attorney's fees which reflects their recorded time with a multiplier of 1.5 (included in the total calculated below), ECF 386, because of the factors present in this case including: contingency, risk, superlative performance on behalf of their clients, and excellent briefing on all legal issues.

| FIRM | FEES | COSTS |
|---|---|---|
| Feinberg, Jackson, Worthman & Wasow LLP | $1,687,995.00 | $72,031.46 |
| Kantor & Kantor LLP | $2,594,947.50 | $204,915.55 |
| Edward Stone Law P.C. | $1,816,527.00 | $112,545.84 |
| **TOTALS** | **$6,099,469.50** | **$389,492.85** |

2. Class Representatives Benson and Major shall each be awarded a $10,000 service payment and that Class Representative Cockerill shall be awarded a $15,000 service payment.

BY THE COURT:

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON**
**United States District Court Judge**