IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT F. COCKERILL et al.,** *Plaintiffs,* <br><br> v. <br><br> **CORTEVA, INC. et al.,** *Defendants.* | **CIVIL ACTION** <br><br> **NO. 21-3966** |

## FINAL JUDGMENT

**AND NOW** this 30th day of May, 2025, it is hereby **ORDERED** that Final Judgment is entered in favor of Plaintiffs and the certified classes they represent, see ECF 136, 137, and against Defendants. Plaintiffs' Motion docketed at ECF 335 is **DENIED as moot**.

Defendants' Benefits Administration Committee shall prepare and implement a plan to effectuate all of the Court's conclusions and provide the required benefits to members of the classes as previously certified. Class Members shall be permitted to elect benefits effective on any date from the date of the spin-off forward, unless otherwise agreed by the parties.

Special Master Richard Bazelon is directed to confer with counsel to ensure prompt and effective implementation of this Order.

BY THE COURT:

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 21\21-3966 Cockerill et al v. Corteva, Inc\21-3966 Final judgment.docx