IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| **ROBERT F. COCKERILL et al.,** *Plaintiffs,*  v.  **CORTEVA, INC. et al.,** *Defendants.* | **CIVIL ACTION**  **NO. 21-3966** |
|---|---|

**ORDER RE: RE: MOTION TO STAY**

**AND NOW,** this 11th day of July, 2025, it is hereby **ORDERED** that Defendants' Motion to Stay, ECF 418, is **GRANTED in part and DENIED in part.** This case is hereby **STAYED** for **ten (10) days** to provide Defendants with an opportunity to seek immediate relief in the Court of Appeal if they so choose.

BY THE COURT:

/s/ Michael M. Baylson
MICHAEL M. BAYLSON
United States District Court Judge

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 21\21-3966 Cockerill et al v. Corteva, Inc\21-3966 Order re Motion to Stay.docx