IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| **ROBERT F. COCKERILL et al.,** *Plaintiffs,* v. **CORTEVA, INC. et al.,** *Defendants.* | **CIVIL ACTION** **NO. 21-3966** |
|---|---|

## ORDER

AND NOW this 9th day of December, 2025, it is hereby ORDERED that the Clerk of Court is directed to close this case.

**BY THE COURT:**

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 21\21-3966 Cockerill et al v. Corteva, Inc\21cv3966 order to close case.docx